Certificate Number: 12433-PAE-DE-034167264

Bankruptcy Case Number: 20-10682



12433-PAE-DE-034167264

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 2, 2020</u>, at <u>1:24</u> o'clock <u>PM EST</u>, <u>Shawanda R. Tatum</u> completed a course on personal financial management given <u>by telephone</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>March 2, 2020</u>      By:    <u>/s/Candace Jones</u>

Name:  <u>Candace Jones</u>

Title:   <u>Counselor</u>