# THE UNITED STATES BANKRUPTCY COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 13 |
| Shawanda Tatum | : | BANKRUPTCY NO.: 20-10682-jkf |

## ORDER TO EXTEND THE AUTOMATIC STAY

AND NOW, this _____ day of _____, 2020, upon consideration of the Motion of the Debtor to Continue the Automatic Stay and any responses thereto, it is hereby:

ORDERED and DECREED that the Automatic Stay in the above captioned matter shall remain in full force and effect as to all creditors for the duration of this case unless relief from same is granted.

BY THE COURT:

_____
The Honorable Jean K. FitzSimon
United States Bankruptcy Judge

**Date: March 4, 2020**