# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Shawanda Tatum | | |
| Debtor(s) | | CHAPTER 13 |
| M&T Bank | | |
| Movant | | |
| vs. | | NO. 20-10682 JKF |
| Shawanda Tatum | | |
| Debtor(s) | | |
| Robert L. Tatum | | |
| Co-Debtor | | 11 U.S.C. Sections 362 and 1301 |
| Scott F. Waterman | | |
| Trustee | | |

AND NOW, this 4th day of March, 2020, upon consideration of Movant's Motion for Relief pursuant to 11 U.S.C. § 362 (d)(4)(B):

ORDERED that Movant is hereby granted Relief from the Automatic Stay and further that the Automatic Stay of all proceedings, as provided under Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Sections 362 and 1301, are modified with respect to premises 5011- 15 Penn Street, Philadelphia, PA, 19124 to allow M&T Bank, its servicing agent and its successor in title to proceed in regards to the 5011- 15 Penn Street, Philadelphia, PA, 19124. It is further:

ORDERED that upon execution and entry of this Order, the requirements specified in both: (1) Fed.

R. Bankr. P. 3002.1(b) regarding Notice of Mortgage Payment Changes and (2) Fed. R. Bankr. P. 3002.1(c) regarding Notice of Post-petition Mortgage Fees, Expenses and Charges are hereby waived, or made inapplicable, during the pendency of the within bankruptcy case. It is further:

ORDERED that the Relief granted by this order shall survive conversion of this bankruptcy case to a case under any other Chapter of the bankruptcy code.

United States Bankruptcy Judge.

Jean K. FitzSimon

Shawanda Tatum
5011 Penn Street
Philadelphia, PA 19124

Robert L. Tatum
5011 Penn Street
Philadelphia, PA 19124

Erik B. Jensen Esq.
Jensen Bagnato, PC
1500 Walnut Street
Suite 1920
Philadelphia, PA 19102

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532