```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania
In re:                                                            Case No. 20-10682-jkf
Shawanda Tatum                                                    Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Lisa              Page 1 of 1              Date Rcvd: Mar 04, 2020
                              Form ID: pdf900         Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 06, 2020.
db             +Shawanda Tatum,    5011 Penn Street,    Philadelphia, PA 19124-2627
14461912       ++CAINE & WEINER COMPANY,     12005 FORD ROAD 300,    DALLAS TX 75234-7262
                 (address filed with court: Caine & Weiner,    Attn: Bankruptcy,    Po Box 5010,
                 Woodland Hills, CA 91365)
14461915       +Creditors Bureau USA,    Attn: Bankruptcy,   757 L Street,    Fresno, CA 93721-2998
14461916       +M&T Bank,   PO Box 619063,    Dallas, TX 75261-9063
14468796       +M&T Bank,   co Rebecca Ann Solarz, Esq.,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
14461917       +McCabe Weisberg,    123 S Broad Street,    Philadelphia, PA 19109-1060

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Mar 05 2020 03:51:49     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 05 2020 03:51:26     Pennsylvania Department of Revenue,   Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 05 2020 03:51:40      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14461910       +E-mail/Text: broman@amhfcu.org Mar 05 2020 03:51:35     American Heritage Federal Credit Union,
                 Attn: Bankruptcy,    2060 Red Lion Road,    Philadelphia, PA 19115-1699
14461911       +E-mail/Text: bnc@atlasacq.com Mar 05 2020 03:51:10     Atlas Acquisitions LLC,    c/o Avi Schild,
                 294 Union Street,    Hackensack, NJ 07601-4303
14461914        E-mail/Text: megan.harper@phila.gov Mar 05 2020 03:51:49     City of Philadelphia,
                 1401 JFK Blvd. 5th Fl,    Philadelphia, PA 19102
14461909        E-mail/Text: BankruptcyNotices@aafes.com Mar 05 2020 03:51:10     AAFES,
                 Attention: Bankruptcy,    Po Box 650060,   Dallas, TX 75265
14461913        E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 05 2020 03:59:19      Chase Card Services,
                 Correspondence Dept,    Po Box 15298,   Wilmington, DE 19850
14461919       +E-mail/PDF: gecsedi@recoverycorp.com Mar 05 2020 04:00:40      Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy Dept,    Po Box 965060,   Orlando, FL 32896-5060
14461920       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 05 2020 03:57:56      TMobile,
                 4515 N Santa Fe Avenue,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 10

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14461918       PHFA/Hemap
                                                                                               TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2020                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 4, 2020 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              ERIK B. JENSEN    on behalf of Debtor Shawanda  Tatum akeem@jensenbagnatolaw.com,
               camryn@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.
               com;jensener79956@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 5
```

# THE UNITED STATES BANKRUPTCY COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  : CHAPTER 13

Shawanda Tatum  : BANKRUPTCY NO.: 20-10682-jkf

## ORDER TO EXTEND THE AUTOMATIC STAY

AND NOW, this _____ day of _____, 2020, upon consideration of the Motion of the Debtor to Continue the Automatic Stay and any responses thereto, it is hereby:

ORDERED and DECREED that the Automatic Stay in the above captioned matter shall remain in full force and effect as to all creditors for the duration of this case unless relief from same is granted.

BY THE COURT:

_____
The Honorable Jean K. FitzSimon
United States Bankruptcy Judge

**Date: March 4, 2020**