UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br>    Shawanda Tatum <br><br><br>          Debtor | Chapter 13 <br> Bankruptcy No.20-10682-JKF |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 9th day of June, 2020, by first class mail upon those listed below:

Shawanda Tatum
5011 Penn Street
Philadelphia, PA  19124

**Electronically via CM/ECF System Only:**

ERIK B JENSEN ESQ
JENSEN BAGNATO PC
1500 WALNUT ST  SUITE 1920
PHILADELPHIA, PA  19102-3509

/s/ Deborah A. Earnshaw
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee