United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 20-10682-amc
Shawanda Tatum                                                  Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Lisa              Page 1 of 2              Date Rcvd: Aug 13, 2020
                              Form ID: pdf900         Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2020.
```
db             +Shawanda Tatum,    5011 Penn Street,    Philadelphia, PA 19124-2627
14461912       ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                (address filed with court: Caine & Weiner,     Attn: Bankruptcy,    Po Box 5010,
                 Woodland Hills, CA 91365)
14461915       +Creditors Bureau USA,    Attn: Bankruptcy,    757 L Street,    Fresno, CA 93721-2998
14461916       +M&T Bank,   PO Box 619063,   Dallas, TX 75261-9063
14468796       +M&T Bank,   co Rebecca Ann Solarz, Esq.,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
14461917       +McCabe Weisberg,    123 S Broad Street,    Philadelphia, PA 19109-1060
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Aug 14 2020 05:14:48     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 14 2020 05:14:21
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 14 2020 05:14:45      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: bnc@atlasacq.com Aug 14 2020 05:14:07     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
14461910       +E-mail/Text: broman@amhfcu.org Aug 14 2020 05:14:40     American Heritage Federal Credit Union,
                 Attn: Bankruptcy,    2060 Red Lion Road,    Philadelphia, PA 19115-1699
14481776       +E-mail/Text: bnc@atlasacq.com Aug 14 2020 05:14:07     Atlas Acquisitions LLC,    CO Avi Schild,
                 294 Union St.,   Hackensack, NJ 07601-4303
14461911       +E-mail/Text: bnc@atlasacq.com Aug 14 2020 05:14:07     Atlas Acquisitions LLC,    c/o Avi Schild,
                 294 Union Street,   Hackensack, NJ 07601-4303
14524963        E-mail/Text: megan.harper@phila.gov Aug 14 2020 05:14:47
                 City of Phila/School District of Phila,    City of Phila Law Tax & Revenue Unit,
                 Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1595
14461914        E-mail/Text: megan.harper@phila.gov Aug 14 2020 05:14:47     City of Philadelphia,
                 1401 JFK Blvd. 5th Fl,    Philadelphia, PA 19102
14522454        E-mail/Text: megan.harper@phila.gov Aug 14 2020 05:14:48     Water Revenue Bureau,
                 c/o City of Philadelphia Law Department,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1595
14461909        E-mail/Text: BankruptcyNotices@aafes.com Aug 14 2020 05:14:07     AAFES,
                 Attention: Bankruptcy,    Po Box 650060,   Dallas, TX 75265
14461913        E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 14 2020 05:19:29      Chase Card Services,
                 Correspondence Dept,   Po Box 15298,    Wilmington, DE 19850
14461919       +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2020 05:18:19     Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy Dept,    Po Box 965060,   Orlando, FL 32896-5060
14461920       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 14 2020 05:19:44      TMobile,
                 4515 N Santa Fe Avenue,    Oklahoma City, OK 73118-7901
14491267       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 14 2020 05:19:44      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14461918       PHFA/Hemap
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2020                                   Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Lisa                 Page 2 of 2                   Date Rcvd: Aug 13, 2020
                              Form ID: pdf900            Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2020 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              ERIK B. JENSEN    on behalf of Debtor Shawanda   Tatum akeem@jensenbagnatolaw.com,
               camryn@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.
               com;jensener79956@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                         :        Chapter 13

SHAWANDA TATUM

                        Debtor(s)               :        Bky. No.   20-10682 -AMC

### ORDER DISMISSING CHAPTER 13 CASE WITH PREJUDICE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott F. Waterman, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED** with prejudice and Debtor is barred from filing another bankruptcy case, either individually or jointly with a spouse, without prior leave of Court FOR A PERIOD OF ONE YEAR..

2. Counsel for the Debtor(s) shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in Paragraph 5 above, Counsel for the Debtor(s) shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession  to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**Date: August 13, 2020**

                                                                                    **ASHELY M. CHAN**
                                                                                    **U.S. BANKRUPTCY JUDGE**