| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 20-10682-AMC

| | |
|---|---|
| Shawanda Tatum | Petition Filed Date: 02/03/2020 |
| 5011 Penn Street | 341 Hearing Date: 03/06/2020 |
| Philadelphia  PA   19124 | Confirmation Date: |

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/05/2020 | $50.00 | 26230636765 | 03/05/2020 | $1,000.00 | 26230636743 | 03/05/2020 | $1,000.00 | 26230636754 |
| 04/10/2020 | $350.00 | 25654976662 | 04/10/2020 | $700.00 | 26230639972 | 04/10/2020 | $1,000.00 | 26230639961 |
| 06/02/2020 | $1,000.00 | 26230677197 | 06/02/2020 | $1,000.00 | 26230677208 | 06/11/2020 | $100.00 | 26230673733 |
| 06/11/2020 | $1,000.00 | 26230678288 | 06/11/2020 | $1,000.00 | 26230678290 | | | |

**Total Receipts for the Period: $8,200.00     Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $8,200.00**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Shawanda Tatum | Debtor Refunds | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,200.00 | Current Monthly Payment: | $2,050.00 |
| Paid to Claims: | $0.00 | Arrearages: | $4,100.00 |
| Paid to Trustee: | $793.35 | Total Plan Base: | $123,000.00 |
| Funds on Hand: | $7,406.65 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.